Thomas A. STAYTON, Appellant,

v.

Vickie L. STAYTON, Respondent.

No. WD 34202.

Missouri Court of Appeals,
Western District.

Nov. 15, 1983.

Thomas J. Walsh, Lee's Summit, for appellant.

Paul O. Liebengood, Blue Springs, for respondent.

Before MANFORD, P.J., TURNAGE, C.J., and KENNEDY, J.

### ORDER

PER CURIAM:

This is a direct appeal from a decree of dissolution. The judgment is affirmed. Rule 84.16(b).